**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK  10178**

————

(212) 808-7800

WASHINGTON, DC

LOS ANGELES, CA

CHICAGO, IL

STAMFORD, CT

PARSIPPANY, NJ

————

BRUSSELS, BELGIUM

————

AFFILIATE OFFICES

MUMBAI, INDIA

FACSIMILE

(212) 808-7897

www.kelleydrye.com

DIRECT LINE: (212) 808-7965

EMAIL: rsteiner@kelleydrye.com

December 2, 2016

VIA ECF

The Honorable Pamela K. Chen
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *Rami Ribi Babayoff v. Laboratory Corporation of America Holdings*,
> 11-cv-06109 (PKC)(RML)

Dear Judge Chen:

This firm represents Defendant, Laboratory Corporation of America Holdings ("LabCorp"), in the above-referenced action (the "Action").  I write on behalf of LabCorp and Plaintiff, Mr. Babayoff (collectively, the "Parties"), to inform the Court that the Parties have agreed to settle this Action.

Accordingly, the Parties respectfully request that the Court stay this action for thirty days to allow the Parties to memorialize their agreement in writing and to file a Stipulation of Dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

Thank you for the considerable time and attention the Court gave to this matter.

Respectfully submitted,

*/s/ Robert I. Steiner*

Robert I. Steiner

cc:    Mr. Babayoff, Plaintiff *Pro Se* (via ECF)